Return to:    Civil Trial Section, Northern Region
Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

FILED USDC - DT
2018 JUN 29 AM 10:09

## ABSTRACT OF JUDGMENT

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Thomas J. Barrow<br>9110 Dwight Street<br>Detroit, MI 48214 | United States of America |

| Amount of Judgment | Names of Creditor's Attorneys | Docketed |
|---|---|---|
| $385,056.09, plus statutory additions and interest from and after October 27, 2016, for tax years 2004 through 2012 and 2014. (Form 1040 taxes).<br><br>$653,984.93, plus statutory additions and interest from and after October 27, 2016 for 1987 and 1988. (Form 1040 taxes and civil fraud penalties). | U.S. Department of Justice, Tax Division<br>Civil Trial Section – Northern Region<br>P.O. Box 55, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 307-6533 | February 13, 2017<br>CIV No. 2:16-cv-14151-AC-APP |

UNITED STATES OF AMERICA     CLERK'S OFFICE     U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated: June 29, 2018

By: _____, Deputy Clerk